UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Secure Computing Corp., <br><br> Plaintiff, <br><br> v. <br><br> Finjan Software Ltd., and <br> Finjan Software, Inc. <br><br> Defendants. | Case No. 07CV2198 <br> PJS(JJG) <br><br> **COMPLAINT FOR PATENT INFRINGEMENT** <br><br> **(DEMAND FOR JURY TRIAL)** |

Plaintiff Secure Computing Corp. ("Secure Computing"), as and for its complaint against Defendants Finjan Software Ltd. and Finjan Software, Inc. (collectively "Finjan"), states and alleges as follows:

## PARTIES

1. Plaintiff Secure Computing is a Corporation organized and existing under the laws of the State of Delaware, with its corporate headquarters at 4810 Harwood Road, San Jose, California 95124.

2. On information and belief, Defendant Finjan Software Ltd. is a corporation organized and existing under the laws of Israel, with its principal place of business at Harnachshev St, 1, New Industrial Area, Netanya, 42504, Israel, and its worldwide headquarters at 2025 Gateway Place, Suite 180, San Jose, California 95110.

3. On information and belief, Defendant Finjan Software, Inc. is a corporation organized and existing under the laws of Delaware, with its principal place of business

and its worldwide headquarters at 2025 Gateway Place, Suite 180, San Jose, California 95110.

## JURISDICTION AND VENUE

4. This action arises under the Acts of Congress relating to patents, Title 35 U.S.C. § 1 et seq.

5. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338.

6. This Court has personal jurisdiction over Finjan because personal jurisdiction over Finjan comports with the United States Constitution, Finjan actively and regularly conducts business in the State of Minnesota and because Finjan has and continues to infringe, contributorily infringe and/or induce the infringement of U.S. Patent No. 7,171,681 in this district.

7. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and (c) and § 1400(b).

## COUNT I
### (U.S. PATENT NO. 7,171,681)

8. Plaintiff Secure Computing realleges each and every allegation set forth in Paragraphs 1 through 7, inclusive, and incorporates them herein by reference.

9. On January 30, 2007, United States Patent No. 7,171,681 ("the '681 patent") entitled "System and Method for Providing Expandable Proxy Firewall Services" issued. William E. Duncan and Vincent Hwang are the named inventors of the

'681 patent. Plaintiff Secure Computing Corporation is the assignee of the '681 patent. Plaintiff Secure Computing has been and is still the owner of the '681 patent.

10. Finjan has unlawfully infringed one or more claims of the '681 patent by making, using, offering to sell to customers, and/or selling to customers articles which infringe the claims of the '681 patent, by making, using, licensing, offering to sell and/or selling load-balancing security solutions, including but not limited to Vital Security™ Load Balancer NG-5300.

11. Finjan has engaged in activities which constitute direct infringement, contributory infringement, and/or inducement to infringe one or more claims of the '681 patent, in violation of 35 U.S.C. § 271.

12. Secure Computing has suffered damages by reason of Finjan's infringement of the '681 patent for which Secure Computing is entitled to relief under 35 U.S.C. § 284, and will suffer additional and irreparable damages unless Finjan is enjoined by this Court from continuing their infringement.

### JURY DEMAND

13. A jury trial is demanded on all issues so triable, pursuant to Rule 38 of the Federal Rules of Civil Procedure and Local Rule 38.1 of the United States District Court for the District of Minnesota.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Secure Computing prays for judgment as follows:

1. That Finjan has infringed U.S. Patent No. 7,171,681;

MP3 20222569.1

2.  That Finjan and its respective agents, servants, officers, directors, employees and all persons acting in concert with it, directly or indirectly, be enjoined from directly infringing, inducing others to infringe, and/or contributing to the infringement of U.S. Patent No. 7,171,681;

3.  That Finjan be ordered to account for and pay to Plaintiff Secure Computing the damages to which Secure Computing is entitled as a consequence of the infringement of U.S. Patent No. 7,171,681;

4.  That Plaintiff Secure Computing be awarded its costs and attorneys' fees herein in accordance with Title 35 United States Code § 285; and

5.  That Plaintiff Secure Computing be awarded such other and further relief as the Court may deem just and equitable.


Dated: May 4, 2007

                                                **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

                                                By: _____
                                                Ronald J. Schutz (#130849)
                                                Jake M. Holdreith (#211011)
                                                Christopher A. Seidl (# 313439)
                                                Trevor J. Foster (#345568)
                                                2800 LaSalle Plaza
                                                800 LaSalle Avenue
                                                Minneapolis, MN 55402
                                                (612) 349-8500
                                                **Counsel for Plaintiff Secure Computing Corporation**

MP3 20222569.1

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

RONALD J. SCHUTZ
612-349-8435

May 4, 2007

**VIA MESSENGER**

Clerk of Court
United States District Court
District of Minnesota
United States Courthouse
300 South Fourth Street
Minneapolis, MN 55402

Re:   *Secure Computing Corp. v. Finjan Software, Ltd., et al.*
      Our File No.: 028487.0002

Dear Clerk of Court:

Enclosed for filing with respect to the above-entitled matter, please find the following documents:

1. Civil Cover Sheet;

2. Summons;

3. Complaint for Patent Infringement;

4. Rule 7.1 Disclosure Statement; and

5. Filing fee in the amount of $350.00.

Thank you for your assistance in this matter.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Ronald J. Schutz

RJS/cjj
Enclosures

MP3 20223790.1
ATLANTA · BOSTON · LOS ANGELES · MINNEAPOLIS · NAPLES · SAINT PAUL · WASHINGTON, D.C.

# CIVIL COVER SHEET

JS 44 (Rev. 11/04)

07CV2198

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Secure Computing Corp.

## DEFENDANTS
Finjan Software Ltd
Finjan Software, Inc.

(b) County of Residence of First Listed Plaintiff: Ramsey
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Ronald J. Schutz
Jake M. Holdreith
Christopher A. Seidl
Trevor J. Foster
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury—Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury—Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | PROPERTY RIGHTS | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | PERSONAL PROPERTY | 650 Airline Regs. | X 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 370 Other Fraud | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 371 Truth in Lending | 690 Other | | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | 810 Selective Service |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 850 Securities/Commodities Exchange |
| 195 Contract Product Liability | | | 720 Labor/Mgmt Relations | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 730 Labor/Mgmt Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | 740 Railway Labor Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 442 Employment | Habeas Corpus: | 790 Other Labor Litigation | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 530 General | 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | 893 Environmental Matters |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | | 870 Taxes (U.S. Plaintiff) | 894 Energy Allocation Act |
| 245 Tort Product Liability | 445 Amer. w/Disabilities Employment | 540 Mandamus & Other | | 871 IRS—Third Party 26 USC 7609 | 895 Freedom of Information Act |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | 550 Civil Rights | | | 900 Appeal of Fee Determination Under Equal Access to Justice |
| | 440 Other Civil Rights | 555 Prison Condition | | | 950 Constitutionality of State Statues |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 35 U.S.C. Section 1 et seq.
Brief description of cause: Patent infringement

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE:
DOCKET NUMBER:

DATE 5/4/2007    SIGNATURE OF ATTORNEY OF RECORD

SCANNED MAY 04 2007 U.S. DISTRICT COURT MPLS

FOR OFFICE USE ONLY
RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE