# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Secure Computing Corp., <br><br> Plaintiff, <br><br> v. <br><br> Finjan Software Ltd., and <br> Finjan Software, Inc. <br><br> Defendants. | Case No. 07CV2198 <br> PJS(JJG) <br><br> **COMPLAINT FOR PATENT INFRINGEMENT** <br><br> **(DEMAND FOR JURY TRIAL)** |

Plaintiff Secure Computing Corp. ("Secure Computing"), as and for its complaint against Defendants Finjan Software Ltd. and Finjan Software, Inc. (collectively "Finjan"), states and alleges as follows:

## PARTIES

1. Plaintiff Secure Computing is a Corporation organized and existing under the laws of the State of Delaware, with its corporate headquarters at 4810 Harwood Road, San Jose, California 95124.

2. On information and belief, Defendant Finjan Software Ltd. is a corporation organized and existing under the laws of Israel, with its principal place of business at Harnachshev St, 1, New Industrial Area, Netanya, 42504, Israel, and its worldwide headquarters at 2025 Gateway Place, Suite 180, San Jose, California 95110.

3. On information and belief, Defendant Finjan Software, Inc. is a corporation organized and existing under the laws of Delaware, with its principal place of business

MP3 20222569.1

1

SCANNED
MAY 0 4 2007
U.S. DISTRICT COURT MPLS

and its worldwide headquarters at 2025 Gateway Place, Suite 180, San Jose, California 95110.

## JURISDICTION AND VENUE

4. This action arises under the Acts of Congress relating to patents, Title 35 U.S.C. § 1 et seq.

5. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338.

6. This Court has personal jurisdiction over Finjan because personal jurisdiction over Finjan comports with the United States Constitution, Finjan actively and regularly conducts business in the State of Minnesota and because Finjan has and continues to infringe, contributorily infringe and/or induce the infringement of U.S. Patent No. 7,171,681 in this district.

7. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and (c) and § 1400(b).

## COUNT I
## (U.S. PATENT NO. 7,171,681)

8. Plaintiff Secure Computing realleges each and every allegation set forth in Paragraphs 1 through 7, inclusive, and incorporates them herein by reference.

9. On January 30, 2007, United States Patent No. 7,171,681 ("the '681 patent") entitled "System and Method for Providing Expandable Proxy Firewall Services" issued. William E. Duncan and Vincent Hwang are the named inventors of the

'681 patent. Plaintiff Secure Computing Corporation is the assignee of the '681 patent. Plaintiff Secure Computing has been and is still the owner of the '681 patent.

10. Finjan has unlawfully infringed one or more claims of the '681 patent by making, using, offering to sell to customers, and/or selling to customers articles which infringe the claims of the '681 patent, by making, using, licensing, offering to sell and/or selling load-balancing security solutions, including but not limited to Vital Security™ Load Balancer NG-5300.

11. Finjan has engaged in activities which constitute direct infringement, contributory infringement, and/or inducement to infringe one or more claims of the '681 patent, in violation of 35 U.S.C. § 271.

12. Secure Computing has suffered damages by reason of Finjan's infringement of the '681 patent for which Secure Computing is entitled to relief under 35 U.S.C. § 284, and will suffer additional and irreparable damages unless Finjan is enjoined by this Court from continuing their infringement.

## JURY DEMAND

13. A jury trial is demanded on all issues so triable, pursuant to Rule 38 of the Federal Rules of Civil Procedure and Local Rule 38.1 of the United States District Court for the District of Minnesota.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Secure Computing prays for judgment as follows:

1. That Finjan has infringed U.S. Patent No. 7,171,681;

2. That Finjan and its respective agents, servants, officers, directors, employees and all persons acting in concert with it, directly or indirectly, be enjoined from directly infringing, inducing others to infringe, and/or contributing to the infringement of U.S. Patent No. 7,171,681;

3. That Finjan be ordered to account for and pay to Plaintiff Secure Computing the damages to which Secure Computing is entitled as a consequence of the infringement of U.S. Patent No. 7,171,681;

4. That Plaintiff Secure Computing be awarded its costs and attorneys' fees herein in accordance with Title 35 United States Code § 285; and

5. That Plaintiff Secure Computing be awarded such other and further relief as the Court may deem just and equitable.

Dated: May 4, 2007

        **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

        By: _/s/ Ronald J. Schutz_
        Ronald J. Schutz (#130849)
        Jake M. Holdreith (#211011)
        Christopher A. Seidl (# 313439)
        Trevor J. Foster (#345568)
        2800 LaSalle Plaza
        800 LaSalle Avenue
        Minneapolis, MN 55402
        (612) 349-8500
        **Counsel for Plaintiff Secure Computing Corporation**

MP3 20222569.1

4

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

RONALD J. SCHUTZ
612-349-8435

May 4, 2007

**VIA MESSENGER**

Clerk of Court
United States District Court
District of Minnesota
United States Courthouse
300 South Fourth Street
Minneapolis, MN 55402

Re: *Secure Computing Corp. v. Finjan Software, Ltd., et al.*
    Our File No.: 028487.0002

Dear Clerk of Court:

Enclosed for filing with respect to the above-entitled matter, please find the following documents:

1. Civil Cover Sheet;

2. Summons;

3. Complaint for Patent Infringement;

4. Rule 7.1 Disclosure Statement; and

5. Filing fee in the amount of $350.00.

Thank you for your assistance in this matter.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Ronald J. Schutz

RJS/cjj
Enclosures