# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
Cottrell@rlf.com

November 13, 2007

**VIA E-FILING**

The Honorable Gregory M. Sleet
Chief Judge
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re: **Secure Computing Corporation v. Finjan Software Ltd. and Finjan Software Inc., D. Del., C.A. No. 07-690-UNA**

Dear Chief Judge Sleet:

The above captioned action was recently transferred from the District of Minnesota to the District of Delaware and is currently unassigned. Because a civil cover sheet will not be filed in this case, I write to advise Your Honor that the above-captioned case should be listed as a related action to *Finjan Software, Ltd. v. Secure Computing Corporation, et al.*, C.A. No. 06-369-GMS currently pending before Your Honor.

If Your Honor has any questions regarding the foregoing, counsel is available at the Court's convenience.

Respectfully,

*Frederick L. Cottrell, III* /kif
(#2555)

Frederick L. Cottrell, III

FLCIII/th
cc: Phillip A. Rovner, Esq. (via hand delivery)

RLF1-3223966-1