IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECURE COMPUTING CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 07-690-SLR/LPS ) |
| FINJAN SOFTWARE LTD. and FINJAN SOFTWARE INC., | ) ) ) ) |
| Defendants. | ) |

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this 20th day of November, 2007, the above captioned case having been automatically referred to Magistrate Judge Leonard P. Stark on November 14, 2007;

IT IS ORDERED that, consistent with 28 U.S.C. § 636(b), Magistrate Judge Stark shall:

1. Hear and determine all motions to dismiss and motions for judgment on the pleadings (by report and recommendation).

2. Hear and determine all discovery disputes.[1]

3. Conduct alternate dispute resolution.

4. Hear and determine all matters relating to any of the foregoing (e.g., briefing,

---

[1] With respect to discovery disputes, the court's Electronic Discovery Default Standard and Default Standard for Access to Source Code shall continue to be applicable.

scheduling, extensions of time.)

    5.  The above caption shall be used in all subsequent filings in this action.

                                                    /s/ [signature]
                                          United States District Judge