IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECURE COMPUTING CORPORATION, a Delaware corporation, <br><br> Plaintiff-Counterdefendant, <br><br> v. <br><br> FINJAN SOFTWARE, LTD., an Israel corporation; and FINJAN SOFTWARE, INC. a Delaware corporation, <br><br> Defendants-Counterclaimants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 07-690-SLR-LPS |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Frederick L. Cottrell, III, Kelly E. Farnan and the firm of Richards, Layton & Finger in the above-captioned action as counsel to Plaintiff Secure Computing Corporation.

    /s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Kelly E. Farnan (#4395)
Farnan@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Plaintiff Secure Computing Corporation

Dated: November 30, 2007