IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, | : | |
| | : | |
| Plaintiff-Counterdefendant, | : | |
| | : | |
| v. | : | Civ. No. 06-369-GMS |
| | : | |
| SECURE COMPUTING CORPORATION, a Delaware corporation, CYBERGUARD CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 through 100, | : | |
| | : | |
| Defendants-Counterclaimants | : | |

| | | |
|---|---|---|
| SECURE COMPUTING CORPORATION, a Delaware corporation, | : | |
| | : | |
| Plaintiff-Counterdefendant, | : | |
| | : | |
| v. | : | Civ. No. 07-690-SLR |
| | : | |
| FINJAN SOFTWARE, LTD., an Israel corporation; and FINJAN SOFTWARE, INC. a Delaware corporation, | : | |
| | : | |
| Defendants-Counterclaimants. | : | |

**ORDER REGARDING REASSIGNMENT AND**
**REFERENCE PURSUANT TO 28 U.S.C. § 636**

AND NOW this _10th_ day of December, 2007, it appearing that Civil Case No. 06-369-GMS, *Finjan Software Ltd. v. Secure Computing Corp. et al.*, has been assigned to Chief Judge Gregory M. Sleet and was referred to Magistrate Judge Mary Pat Thynge on or about December 5, 2006;

AND FURTHER it appearing that Civil Case No. 07-690-SLR, *Secure Computing Corp. v. Finjan Software Ltd. et al.*, has been assigned to Judge Sue L. Robinson and was referred to Magistrate Judge Leonard P. Stark on or about November 20, 2007;

AND FURTHER it appearing that the above-captioned Civil Case Nos. 06-369-GMS and 07-690-SLR are related cases;

IT IS HEREBY ORDERED that Civil Case No. 07-690-SLR is reassigned to Chief Judge Sleet (and all parties shall include the initials of the Judge (GMS) after the case number on all documents filed); and

IT IS HEREBY FURTHER ORDERED that in Civil Case No. 07-690 the November 20, 2007 order of referral to Magistrate Stark is vacated and any future reference of Civil Case No. 07-690 will be to Magistrate Judge Thynge.

                                                                         /s/ Sue L. Robinson
                                                                        United States District Judge